MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Brigid.Martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 4-14-70065 |
| ) | |
| ) | STIPULATION AND [PROPOSED] ORDER TO |
| v. ) | RESET HEARING |
| ) | |
| ) | |
| RAFAEL LAMONT DAVIS, JR., ) | |
| ) | |
| Defendant. ) | |

    This case is currently set for preliminary hearing or arraignment on February 20, 2014 at 9:30 a.m. before this Court.  The parties jointly request that the status hearing be vacated and reset for Wednesday, February 26, 2014 at 9:30 a.m. before this Court for arraignment on indictment.

    The government anticipates that if an indictment is returned on February 20, 2014, that it would not be returned until after the completion of the Court's morning calendar.  Therefore, rather than requesting a special setting for arraignment on the indictment tomorrow, the parties request that the matter be reset to February 26, 2014.

CR 4-14-70065 (DAVIS)
STIP. AND PROP. ORDER TO RESET    1

1   Defendant initially appeared in this case on February 3, 2014.  Defendant is in custody pending
2   trial.  Defendant waived time for preliminary hearing under Federal Rule of Criminal Procedure 5.1
3   from February 12, 2014, through February 20, 2014.  Therefore, nine of the fourteen days have elapsed
4   on the deadline for preliminary hearing or arraignment following initial appearance.  Due to the time
5   waiver, February 26, 2014, will be the fourteenth day of non-waived time under Rule 5.1 after
6   arraignment on the Complaint.  Therefore, the parties represent that there are no timing issues as far as
7   resetting this as the date for preliminary hearing or arraignment to February 26, 2014, and to the extent
8   that there may be timing issues, the defendant waives time under Rule 5.1 through February 26, 2014.

DATED: February 19, 2014                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney

                                            /s/ Brigid Martin_____
                                            BRIGID S. MARTIN
                                            Assistant United States Attorney


                                            /s/ Adam Pennella_____
                                            ADAM PENNELLA
                                            Counsel for Mr. Davis


IT IS SO ORDERED.  The hearing date set for February 20, 2014, for defendant DAVIS is hereby
VACATED and the matter is RESET for status or arraignment on February 26, 2014, at 9:30 a.m.,
before this Court.

*Kandis Westmore* (signature)
HON. KANDIS A. WESTMORE
United States Magistrate Judge


DATED: 02/19_____, 2014


CR 4-14-70065 (DAVIS)
STIP. AND PROP. ORDER TO RESET            1